UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>        Plaintiff,    )<br>              )<br>     v.        )<br>              )<br>KHURRAM PARVEEN,       )<br>              )<br>        Defendant.    )<br>_____  ) | CASE NO.   06-339 MJB<br><br>DETENTION ORDER |

Offense charged in the Southern District of Texas:

   Fraud and Related Activity in Connection with Access Devices, in violation of
   Title 18, United States Code, Section 1029(a)(2).

Date of Detention Hearing: June 30, 2006.

   The Court conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Sarah Vogel.  The defendant was represented by Nancy Tenney.

   Pointing to a risk of flight, the Government argues for detention citing an active Bureau of Immigration and Customs Enforcement ("BICE") detainer, frequent international travel, and family ties in Europe.  Further, the Government is concerned that the nature of the instant offense involves international travel, and suggests that the matter of detention be resisted in the Southern District of Texas because of the jurisdiction's case-specific knowledge and familiarity with Defendant's questionable immigration status.

   The defense argues for release, countering that Defendant is not a flight risk and

DETENTION ORDER
PAGE -1-

has strong ties to this community in combination with a desire to resolve the matter of the alleged charges.  The defense asserts that Defendant is a Swedish citizen, and therefore does not need a Visa to legally enter the United States.  Additionally, the defense states that Defendant has hired legal counsel to address the immigration matter, with a lawsuit possibly being filed within the next week.  The defense notes that defendant has no criminal history, is not a danger to the community, is gainfully employed, and has tremendous support from his family.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is not enough information to alleviate the Court's concern of flight risk as the defendant's background and ties to this district and the Southern District of Texas are unknown or unverified.  Moreover, the defendant has extensive family ties overseas and is a frequent international traveler.  Therefore, the Court finds the defendant to be a flight risk.

(2) The Court is concerned with the numerous questions as to Defendant's immigration status, which is heightened given the active BICE detainer filed against him. Therefore, the Court has scheduled a Preliminary Hearing and a Detention Review Hearing to further assess Defendant's eligibility for release and/or transfer to the custody of BICE for resolution of the immigration matter.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the  Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of June, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-